# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1256**

**CA 11-02245**

PRESENT: SMITH, J.P., CENTRA, LINDLEY, AND WHALEN, JJ.

---

IN THE MATTER OF PHILIP TAYLOR,
PETITIONER-APPELLANT,

V                                                                    ORDER

ANDREA W. EVANS, CHAIRWOMAN, NEW YORK STATE
DIVISION OF PAROLE, RESPONDENT-RESPONDENT.

---

WYOMING COUNTY-ATTICA LEGAL AID BUREAU, WARSAW (LEAH RENE NOWOTARSKI
OF COUNSEL), FOR PETITIONER-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (MARLENE O. TUCZINSKI
OF COUNSEL), FOR RESPONDENT-RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Wyoming County (Mark
H. Dadd, A.J.), entered July 14, 2011 in a proceeding pursuant to CPLR
article 78.  The judgment denied the petition.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs as moot (*see Matter of Ansari v Travis*, 9 AD3d 901, *lv
denied* 3 NY3d 610).

Entered:  November 9, 2012                          Frances E. Cafarell
                                                    Clerk of the Court